# Intended Notice Recipients – Method of Notice

District/Off: 0209–2  User: clifford  Date Created: 5/25/2007
Case: 2–05–22840–JCN  Form ID: ntcentry  Total: 9

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*

| | | |
|---|---|---|
| tr | Kenneth W. Gordon | lgordons@rochester.rr.com, N104@ecfcbis.com |
| aust | Kathleen Schmitt, 11 | USTPRegion02.RO.ECF@USDOJ.GOV |
| aty | Chad M. Hummel | pancoi@rochester.rr.com |
| aty | G. Michael Miller | gmm@dibblelaw.com, pcj@dibblelaw.com, emf@dibblelaw.com, hlh@dibblelaw.com, bkecf@dibblelaw.com |
| aty | Kenneth W. Gordon | lgordons@rochester.rr.com, N104@ecfcbis.com |

TOTAL: 5

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*

| | | | | |
|---|---|---|---|---|
| db | Donald Alves | 289 Berkshire Drive | Rochester, NY 14626 | |
| aty | David D. MacKnight | Lacy, Katzen etal | 130 East Main St. | Rochester, NY 14604 |
| ust | Kathleen Schmitt | Office of the United States Trustee | 100 State Street, Room 6090 | Rochester, NY 14614 |
| | Robert F. Leone, Esq. | 36 West Main Street | Room 440 | Rochester, NY 14614 |

TOTAL: 4